

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

vs.

**D-1   ANDREW PARK,**

**Defendant.**

_____/

Case:2:10-cr-20762
Judge: Duggan, Patrick J
MJ: Whalen, R. Steven
Filed: 12-17-2010 At 01:57 PM
INFO USA V. PARK (DA)

VIOLATION:   26 U.S.C. § 7201

## INFORMATION

The United States Attorney charges that:

### 26 U.S.C. § 7201 - Tax Evasion

**D-1   ANDREW PARK**

1. During the calendar years 2005 through 2007, the defendant, ANDREW PARK, had and received taxable income of approximately $898,385.37.

2. Upon said taxable income there was owing to the United States of America an income tax of approximately $301,988.

3. Between in or about January 2006 and in or about June 2008, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, ANDREW PARK, well-knowing and believing the foregoing facts, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar years 2005 through 2007 by failing to make income tax returns on or before April 15, 2007 and on or before April 15, 2008, as required by law to any proper officer of the Internal Revenue Service, by failing to pay the Internal Revenue Service said income tax, and by taking affirmative acts to evade taxes, such as, making false statements in

documents submitted to the Internal Revenue Service and using disguised loans.

All in violation of Title 26, United States Code, Section 7201.

BARBARA L. MCQUADE
United States Attorney


/s/ ROBERT CARES
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan   48226
(313) 226-9736
Robert.Cares@usdoj.gov
P28888

/s/ DAVID A. GARDEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan   48226
(313) 226-9591
David.Gardey@usdoj.gov
P48990


Dated: 12-17-10

| United States District Court<br>Eastern District of Michigan | Criminal Case C... | Case: 2:10-cr-20762<br>Judge: Duggan, Patrick J<br>MJ: Whalen, R. Steven<br>Filed: 12-17-2010 At 01:57 PM<br>INFO USA V. PARK (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to...

**Reassignment/Recusal Information**  This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. ANDREW PARK

County where offense occurred: Wayne

Check One:    ☐ Felony      ☐ Misdemeanor      ☐ Petty

```
____Indictment/_X_Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: KEYBOARD()]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**   N/A

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

12-17-10
Date

_(signature)_
DAVID A. GARDEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9591
Fax: (313) 226-3413
E-Mail address: David.Gardey@usdoj.gov
Attorney Bar #: P48990

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09